UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**



JUL 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-16661 |
| Plaintiff-Appellee, | D.C. No. |
| v. | 3:20-cv-00626-MMD-CSD |
| | District of Nevada, |
| $204,700.00 IN UNITED STATES CURRENCY, | Reno |
| | ORDER |
| Defendant-Appellant, | |
| and | |
| LISA HENRY, | |
| Claimant-Appellant. | |

Before:  LEE and BRESS, Circuit Judges, and TUNHEIM,* District Judge.

In light of the en banc decision in *United States v. $1,106,775.00 in United States Currency (Porcelli)*, 177 F.4th 986 (9th Cir. 2026) (en banc), the petition for panel rehearing, Dkt. 51, is granted.  The memorandum disposition issued on March 11, 2025, Dkt. 50, which is available at *United States v. $204,700.00*, 2025 WL 763484 (9th Cir. May 14, 2025), is hereby withdrawn.  This case is remanded to the district court for proceedings consistent with *Porcelli*.  On remand, Henry should be

---

*      The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, sitting by designation.

given the opportunity to provide more complete responses to the Rule G(6) interrogatories. The district court may then conduct any further proceedings as appropriate on the sufficiency of Henry's amended responses, consistent with *Porcelli*.